UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SABRINA L. DONALD,

    Plaintiff,                                 Case No. 13-11845

v.

                                         Hon. John Corbett O'Meara
COMMISSIONER OF             Hon. Charles E. Binder
SOCIAL SECURITY,

    Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

    Before the court is Magistrate Judge Charles E. Binder's May 27, 2014 report and recommendation. Plaintiff filed objections to the report and recommendation on June 10, 2014.

    This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

    Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Binder reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objections.

    IT IS HEREBY ORDERED that the report and recommendation is

ADOPTED as the court's findings and conclusions.

s/John Corbett O'Meara
United States District Judge

Date:  July 25, 2014


    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 25, 2014, using the ECF system.

s/William Barkholz
Case Manager
